**SO ORDERED.**

**SIGNED this 27 day of December, 2021.**



_____
**Stephani W. Humrickhouse
United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:

| | |
|---|---|
| MICHAEL WALTER KEELEY, | CASE NO. 20-02394-5-SWH |
| DEBTOR. | CHAPTER 12 |

### STATEMENT REGARDING SUPPLEMENTAL OPINION

On December 7, 2020, this court entered an Order Denying Objection to Confirmation in which the court stated: "For reasons that will be set forth more fully in a supplemental opinion to follow, the trustee's objection is DENIED."

Upon further consideration, and the passage of time during which several related instructive rulings have been made in other cases in this district, the court finds that a supplemental opinion is not necessary and confirms its denial of the objection to confirmation herein.

**END OF DOCUMENT**